IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**MOWAFAQ HASAN MAHMOUD**                                             **PLAINTIFFS**
**MAHMOUD, et al.**

**V.**                                                                                     **NO. 3:23-CV-21-DMB-JMV**

**UNITED STATES DEPARTMENT OF**
**HOMELAND SECURITY, et al.**                                         **DEFENDANTS**

## ORDER

On February 14, 2023, the parties filed a "Joint Motion to Dismiss without Prejudice," representing that they "have agreed to resolve [this] litigation." Doc. #27. Based on the parties' agreement, the joint motion to dismiss [27] is **GRANTED**. This case is **DISMISSED without prejudice**. A final judgment will issue separately.

**SO ORDERED**, this 15th day of February, 2023.

                                                                /s/Debra M. Brown
                                                                **UNITED STATES DISTRICT JUDGE**