IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**MOWAFAQ HASAN MAHMOUD MAHMOUD, et al.**      **PLAINTIFFS**

**V.**      **NO. 3:23-CV-21-DMB-JMV**

**UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.**      **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the order entered this day, this case is **DISMISSED without prejudice**.

**SO ORDERED**, this 15th day of February, 2023.

                         /s/Debra M. Brown
                         **UNITED STATES DISTRICT JUDGE**